IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ALLERGAN, INC.,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  23-272 |
| | : | |
| **MANKIND PHARMA LTD.** | : | |

# ORDER

**AND NOW**, this 29th day of January 2024, upon careful and independent consideration of defendant Mankind Pharma Ltd.'s motion for judgment on the pleadings (DI 20), after review of United States Magistrate Judge Sherry R. Fallon's Report and Recommendation (DI 63), defendant Mankind Pharma Ltd.'s objections (DI 66), and plaintiffs' response (DI 70), it is **ORDERED**:

    1.    We **APPROVE** and **ADOPT** United States Magistrate Judge Sherry R. Fallon's Report and Recommendation (DI 63).

    2.    We **OVERRULE** defendant Mankind Pharma Ltd.'s objections (DI 66).

    3.    Defendant Mankind Pharma Ltd.'s motion for judgment on the pleadings (DI 20) is **DENIED**.

    4.    We will hold a case management videoconference over Microsoft Teams on **February 8, 2024** at **10:00A.M.** and will send a videoconference link by e-mail to all counsel of record.  Come prepared to discuss status of the case and the schedule.

 

_____
**MURPHY, J.**