# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC. and ABBVIE INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> MANKIND PHARMACEUTICALS LTD., <br><br> Defendant/Counterclaim Plaintiff. | C.A. No. 23-272-JFM |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 16, 2024, Defendant Mankind Pharmaceuticals Ltd.'s ("Mankind") served its First Amended Responses and Objections to Plaintiffs' Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) on the following counsel for Plaintiffs via email:

Jack B. Blumenfeld
Jeremy A. Tigan
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

Dated: July 16, 2024

SMITH, KATZENSTEIN & JENKINS, LLP

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant/Counterclaim Plaintiff Mankind Pharmaceuticals Ltd.*