IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALLERGAN, INC. and ABBVIE INC., | ) | |
| | ) | |
| Plaintiffs/ | ) | |
| Counter-Defendants, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-272 (JFM) |
| | ) | |
| MANKIND PHARMA LTD., | ) | |
| | ) | |
| Defendant/ | ) | |
| Counter-Plaintiff. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs Allergan, Inc. and AbbVie Inc.'s Responses and Objections to Mankind's Notice of Rule 30(b)(6) Deposition of Plaintiff* were caused to be served on July 17, 2024, upon the following in the manner indicated:

Neal C. Belgam, Esquire                                   *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Defendant*

Andrew J. Miller, Esquire                                 *VIA ELECTRONIC MAIL*
Alan H. Pollack, Esquire
Kiersten A. Fowler, Esquire
WINDELS MARX LANE & MITTENDORF LLP
1 Giralda Farms
Madison, NJ  07940
*Attorneys for Defendant*

Joanna Garelick Goldstein, Esquire                        *VIA ELECTRONIC MAIL*
Jason A. Lief, Esquire
WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, NY  10019
*Attorneys for Defendant*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____

OF COUNSEL:

Christopher N. Sipes
Erica N. Andersen
Michael N. Kennedy
Brianne Bharkhda
Douglas A. Behrens
Jia Hui Jiang
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC  20001-4956
(202) 662-6000

David P. Frazier
Michael A. Morin
Rebecca L. Rabenstein
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004
(202) 637-2200

Alex Grabowski
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL  60611
(312) 876-7700

Chaarushena Deb
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  94025
(650) 328-4600

Yi Sun
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400

July 17, 2024

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiffs and Counter-Defendants Allergan, Inc. and AbbVie Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 17, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 17, 2024, upon the following in the manner indicated:

Neal C. Belgam, Esquire                                              *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Defendant*

Andrew J. Miller, Esquire                                            *VIA ELECTRONIC MAIL*
Alan H. Pollack, Esquire
Kiersten A. Fowler, Esquire
WINDELS MARX LANE & MITTENDORF LLP
1 Giralda Farms
Madison, NJ  07940
*Attorneys for Defendant*

Joanna Garelick Goldstein, Esquire                          *VIA ELECTRONIC MAIL*
Jason A. Lief, Esquire
WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, NY  10019
*Attorneys for Defendant*


                                                                    */s/ Jeremy A. Tigan*
                                                                    _____
                                                                    Jeremy A. Tigan (#5239)