# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC. and ABBVIE INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> MANKIND PHARMACEUTICALS LTD., <br><br> Defendant/Counterclaim Plaintiff. | C.A. No. 23-272-JFM |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 22, 2024, Defendant Mankind Pharmaceuticals Ltd.'s ("Mankind") served its Confidential Objections and Responses to Plaintiffs' Third Set of Requests for Admission (Nos. 18-46) on the following counsel for Plaintiffs via email:

Jack B. Blumenfeld
Jeremy A. Tigan
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

Dated: July 22, 2024

**SMITH, KATZENSTEIN & JENKINS, LLP**

/s/ Daniel A. Taylor
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant/Counterclaim Plaintiff Mankind Pharmaceuticals Ltd.*