# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC. and ABBVIE INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> MANKIND PHARMACEUTICALS LTD., <br><br> Defendant/Counterclaim Plaintiff. | C.A. No. 23-272-JFM |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 12, 2024, nonparty Lifestar Pharma LLC ("Lifestar") served its Responses and Objections to, (1) Plaintiffs' Subpoena to Testify; and (2) Plaintiffs' Subpoena to Produce Documents, Information or Objects on the following counsel for Plaintiffs via email:

Jack B. Blumenfeld
Jeremy A. Tigan
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

Dated: August 12, 2024

**SMITH, KATZENSTEIN & JENKINS, LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Nonparty Lifestar Pharma LLC*