IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC. and ABBVIE INC., ) | |
| ) | |
| Plaintiffs/ ) | |
| Counter-Defendants, ) | |
| ) | |
| v. ) | C.A. No. 23-272 (JFM) |
| ) | |
| MANKIND PHARMA LTD., ) | |
| ) | |
| Defendant/ ) | |
| Counter-Plaintiff. ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the: (1) *Opening Expert Report of Robert J. Noecker, M.D.*; and (2) *Expert Report of Bernhardt L. Trout, Ph.D.* were caused to be served on August 26, 2024, upon the following in the manner indicated:

Neal C. Belgam, Esquire                                                               *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Defendant*

Andrew J. Miller, Esquire                                                             *VIA ELECTRONIC MAIL*
Alan H. Pollack, Esquire
Kiersten A. Fowler, Esquire
Frank D. Rodriguez, Esquire
Ajay Kayal, Esquire
Joshua I. Miller, Esquire
WINDELS MARX LANE & MITTENDORF LLP
1 Giralda Farms
Madison, NJ  07940
*Attorneys for Defendant*

Joanna Garelick Goldstein, Esquire                                          *VIA ELECTRONIC MAIL*
Jason A. Lief, Esquire
WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, NY  10019
*Attorneys for Defendant*

OF COUNSEL:

Christopher N. Sipes
Erica N. Andersen
Michael N. Kennedy
Brianne Bharkhda
Douglas A. Behrens
Jia Hui Jiang
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000

David P. Frazier
Michael A. Morin
Rebecca L. Rabenstein
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Alex Grabowski
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700

Chaarushena Deb
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600

Yi Sun
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400

August 26, 2024

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiffs and Counter-Defendants Allergan, Inc. and AbbVie Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 26, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH, KATZENSTEIN & JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Andrew J. Miller, Esquire<br>Alan H. Pollack, Esquire<br>Kiersten A. Fowler, Esquire<br>Frank D. Rodriguez, Esquire<br>Ajay Kayal, Esquire<br>Joshua I. Miller, Esquire<br>WINDELS MARX LANE & MITTENDORF LLP<br>1 Giralda Farms<br>Madison, NJ 07940<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Joanna Garelick Goldstein, Esquire<br>Jason A. Lief, Esquire<br>WINDELS MARX LANE & MITTENDORF, LLP<br>156 West 56th Street<br>New York, NY 10019<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)