IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALLERGAN, INC. and ABBVIE INC.,     )
     )
     Plaintiffs/     )
     Counter-Defendants,     )
     )
     v.     )     C.A. No. 23-272 (JFM)
     )
MANKIND PHARMA LTD.,     )
     )
     Defendant/     )
     Counter-Plaintiff.     )

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, the parties have conferred and have agreed to extend certain interim discovery and pretrial deadlines in order to accommodate counsel and witness conflicts;

WHEREAS, the parties certify that pursuant to D. Del. LR 16.4, counsel for the parties have conferred with their clients regarding the extensions for the completion of discovery;

IT IS HEREBY STIPULATED AND AGREED, by the parties, subject to the approval of the Court, that the following deadlines are extended:

| Action | Current deadline | Proposed revised deadline |
|---|---|---|
| Responsive Expert Reports | September 24, 2024 | September 26, 2024 |
| Reply Expert Reports | October 22, 2024 | October 24, 2024 |
| Close of Expert Discovery | November 13, 2024 | November 22, 2024 |
| *Daubert* Motions – Opening Briefs | Nov. 18, 2024 | Nov 27, 2024 |
| *Daubert* Motions – Answering Briefs | December 2, 2024 | December 4, 2024 |
| *Daubert* Motions – Reply Briefs | December 9, 2024 | December 9, 2024 (No Change) |
| Joint Pretrial Order Filed | December 20, 2024 | January 8, 2025 |

| | | |
|---|---|---|
| Pretrial Conference | January 3, 2025 at 9:00 AM | To be determined at Court's convenience |
| Trial | January 21, 2025 | January 21, 2025 (No Change) |

MORRIS, NICHOLAS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiffs*

September 24, 2024

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Daniel A. Taylor*

_____

Neal C. Belgam (#2721)
Daniel A. Taylor (#6934)
1000 West Street, Suite 1501
Wilmington, DE  19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant*

**SO ORDERED** this ____ day of _____, 2024.


_____
United States District Court Judge