# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC. and ABBVIE INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> MANKIND PHARMACEUTICALS LTD., <br><br> Defendant/Counterclaim Plaintiff. | C.A. No. 23-272-JFM |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 26, 2024, Defendant/Counterclaim Plaintiff Mankind Pharmaceuticals Ltd. served the Rebuttal Expert Report of Paul A. Laskar, Ph.D. at Bates Nos. MAN-BIM_00380102—MAN-BIM_00380666 on the following counsel for Plaintiffs/Counterclaim Defendants via email:

Jack B. Blumenfeld
Jeremy A. Tigan
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

Christopher N. Sipes
Erica N. Andersen
Michael N. Kennedy
Brianne Bharkhda
Douglas A. Behrens
Jia Hui Jiang
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000

David P. Frazier
Michael A. Morin
Rebecca L. Rabenstein
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Alex Grabowski
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700

Chaarushena Deb
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600

Yi Sun
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400

| | |
|---|---|
| Dated: September 26, 2024 | **SMITH, KATZENSTEIN & JENKINS, LLP** |
| | */s/ Daniel A. Taylor* |
| | Neal C. Belgam (No. 2721) |
| | Daniel A. Taylor (No. 6934) |
| | 1000 West Street, Suite 1501 |
| | Wilmington, DE 19801 |
| | (302) 652-8400 |
| | nbelgam@skjlaw.com |
| | dtaylor@skjlaw.com |
| | |
| | *Attorneys for Defendant/Counterclaim Plaintiff Mankind Pharmaceuticals Ltd.* |