IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ALLERGAN, INC.,** *et al.* | : CIVIL ACTION |
| | : |
| v. | : NO. 23-272 |
| | : |
| **MANKIND PHARMA LTD.** | : |

# **ORDER**

**AND NOW**, this 16th day of October 2024, upon considering plaintiffs' motion to strike (DI 110), it is **ORDERED** plaintiffs' motion to strike (DI 110) is **DENIED** in light of our July 22, 2024 order (DI 126) and in view of Mankind's representation that it would withdraw the subject contentions (DI 123 n. 1).

*/s/ John F. Murphy*
**MURPHY, J.**